# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEAN A. DURAN, KATHLEEN R. DURAN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-906-Orl-19KRS**

**CITY OF SATELLITE BEACH, TOWN OF INDIALANTIC,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR RECONSIDERATION OF ORDER DATED FEBRUARY 7, 2006 (Doc. No. 69)**
>
> **FILED:** February 18, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties