**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DEAN A. DURAN, KATHLEEN R. DURAN,**

            **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-906-Orl-19KRS**

**CITY OF SATELLITE BEACH, TOWN OF
INDIALANTIC,**

            **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AGREED MOTION TO COMPEL PHYSICAL AND PSYCHOLOGICAL EXAMINATION OF PLAINTIFFS (Doc. No. 75)** |
| **FILED:** | **April 18, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendants Town of Indialantic and City of Satellite Beach (collectively "the defendants") seek an order compelling Plaintiffs Dean A. Duran and Kathleen R. Duran (collectively "the plaintiffs") to submit to physical and psychological examinations in Orange County, Florida, pursuant to Federal Rule of Civil Procedure 35. The plaintiffs agree to submit to these examinations, but they contend that the defendants should pay the cost of their travel to the examinations.

Because the plaintiffs reside in the same judicial district where the case is pending and where the examinations are to take place, they will be required to bear their own travel expenses. The defendants shall pay for the costs of the examinations. *See* 8A CHARLES ALAN WRIGHT, ARTHUR R. MILLER &

RICHARD L. MARCUS, FEDERAL PRACTICE AND PROCEDURE: CIVIL § 2234 (2d ed. 1994) ("The party being examined must pay his or her own expenses for coming to the examination and bear the loss of time thus caused.  The moving party must bear the expense of the examination itself.") (footnotes omitted).

The Court cannot issue an order requiring the plaintiffs to submit to the independent medical examinations, however, because the defendants have provided insufficient information about the examinations to be conducted.  Rule 35(a) provides as follows:

> When the mental or physical condition (including the blood group) of a party or of a person in the custody or under the legal control of a party, is in controversy, the court in which the action is pending may order the party to submit to a physical or mental examination by a suitably licensed or certified examiner or to produce for examination the person in the party's custody or legal control.  The order may be made only on motion for good cause shown and upon notice to the person to be examined and to all parties *and shall specify the time, place, manner, conditions, and scope of the examination and the person or persons by whom it is to be made.*

*Id*. (emphasis added).  Accordingly, the defendants may resubmit their motion along with a proposed order containing the information required by Rule 35 on or before April 26, 2006.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties